UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SARO, HELEN § Case No. 10-41558
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE U.S. BANKR. CT
        219 S. DEARBORN STREET
        7TH FLOOR
        CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/14/2012 in Courtroom 744,
        United States Courthouse
        219 South Dearborn
        Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/11/2012        By: /s/ Andrew J. Maxwell
                                                             Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SARO, HELEN § Case No. 10-41558
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,423.49 |
| and approved disbursements of | $ | 0.01 |
| leaving a balance on hand of[1] | $ | 17,423.48 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 2,492.35 | $ 0.00 | $ 2,492.35 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 24,617.50 | $ 0.00 | $ 14,814.74 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 43.42 | $ 0.00 | $ 26.13 |
| Charges: CLERK OF US BANKRUPTCY COURT | $ 150.00 | $ 0.00 | $ 90.27 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 17,423.49 |
| Remaining Balance | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,515.27 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 182.09 | $ 0.00 | $ 0.00 |
| 000002 | Capital One Auto Finance | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Capital One Bank (USA), N.A. | $ 1,137.14 | $ 0.00 | $ 0.00 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 22,196.04 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-41558-ERW
Helen Saro                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: wepps              Page 1 of 2         Date Rcvd: Oct 12, 2012
                            Form ID: pdf006          Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2012.
db          +Helen Saro,    6312 N. Kedzie 2W,    Chicago, IL 60659-1331
aty         +Maxwell Law Group LLC,    105  West Adams Suite 3200,    Chicago, IL 60603-6209
16144336    +Arnoldharris/Med Business Bureau,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
16144338    +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
16677292     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16144339    +Maryane Saro,    6312 N. Kedzie,    Chicago, IL 60659-1331
16144340    +United Credit Union,    4444 Pulaski Road,    Chicago, IL 60632-4011
16144341    +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16144337    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 13 2012 00:36:59
              Capital One Auto Finance,    POB 201347,    Arlington, TX 76006-1347
16730620     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2012 00:41:16      Capital One Bank (USA), N.A.,
              by American Infosource Lp As Agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
16989559    +E-mail/Text: resurgentbknotifications@resurgent.com Oct 13 2012 00:26:11
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16144342     Wfnnb/victorias Secret
16679332*   +Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2012**               **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 2 of 2            Date Rcvd: Oct 12, 2012
                              Form ID: pdf006          Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2012 at the address(es) listed below:

          Andrew J Maxwell    on behalf of Trustee Andrew Maxwell maxwelllawchicago@yahoo.com, trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com
          Andrew J Maxwell    maxwelllawchicago@yahoo.com, amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
          Ben L Schneider    on behalf of Debtor Helen Saro ben@windycitylawgroup.com, mstone@windycitylawgroup.com
          Donald L. Newman    on behalf of Creditor  United Credit Union dnewmanassoc@yahoo.com, dnewmanassoc@yahoo.com
          Erica Crohn Minchella    on behalf of Defendant Maryane Saro erica.minchella@gmail.com
          Jaclyn H. Smith    on behalf of Plaintiff Andrew Maxwell jhsmith@maxwellandpotts.com, preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com, naelipas@maxwellandpotts.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Vikram R Barad    on behalf of Trustee Andrew Maxwell vbarad@maxwellandpotts.com, maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com, jhsmith@maxwellandpotts.com

                                                                                         TOTAL: 8