UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Delopez, Amanda A | § | Case No. 12-14505 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on               . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____          By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J MAXWELL ESQ | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Patrolmen's FCU 1407 W. Washington Blvd Chicago, IL 60607-1905 | | | | | |
| | Chicago Patrolmen's FCU 1407 W. Washington Blvd Chicago, IL 60607-1905 | | | | | |
| | Northwestern Memorial Hospital ATTN: Billing Department 251 E. Huron Chicago, IL 60611 | | | | | |
| | People's Energy 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| 000001 | 1ST FINANCIAL BANK | | | | | |
| | 1ST FINANCIAL BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 12-14505   CAD   Judge: CAROL A. DOYLE | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | Delopez, Amanda A | Date Filed (f) or Converted (c): | 04/10/12 (f) |
| | | 341(a) Meeting Date: | 06/14/12 |
| For Period Ending:  12/21/12 | | Claims Bar Date: | 09/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Chase | 500.00 | 0.00 | | 0.00 | 0.00 |
| 2. Savings account with Chase | 35.00 | 0.00 | | 0.00 | 0.00 |
| 3. Miscellaneous used household goods | 950.00 | 0.00 | | 0.00 | 0.00 |
| 4. Miscellaneous books, tapes, CD's, etc. | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5. Personal used clothing | 700.00 | 0.00 | | 0.00 | 0.00 |
| 6. Miscellaneous costume jewelry | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7. 401k through employer | 26,495.00 | 0.00 | | 0.00 | 0.00 |
| 8. Money Market through Fidelity | 6,853.00 | 4,438.00 | | 5,580.10 | 0.00 |
| 9. 2011 Tax Return of $714 has been received and spen | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. 1999 Jeep Grand Cherokee with 120,000 miles | 2,362.00 | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $38,095.00 | $4,438.00 | | $5,580.10 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


funds received

FR prepared and submitted to UST on 10-23-12 (no attorney or accountant employed)


Initial Projected Date of Final Report (TFR): 12/30/12       Current Projected Date of Final Report (TFR): 12/30/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-14505 -CAD |
| Case Name: | Delopez, Amanda A |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7936 Money Market Account (Interest Earn |

Taxpayer ID No: *******7677
For Period Ending: 12/21/12

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | 8 | Fidelity Brokerage Services, LLC | | 1129-000 | 5,580.10 | | 5,580.10 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.87 | 5,577.23 |
| 11/30/12 | 100001 | ANDREW J MAXWELL ESQ | IN FULL AND FINAL DISTRIBUTION | 2100-000 | | 1,308.01 | 4,269.22 |
| | | MAXWELL LAW GROUP, LLC | | | | | |
| | | 105 WEST ADAMS STREET STE 3200 | | | | | |
| | | CHICAGO, IL  60603 | | | | | |
| 11/30/12 | 100002 | 1st Financial Bank | IN FULL AND FINAL DISTRIBUTION | 7100-000 | | 2,490.08 | 1,779.14 |
| | | c/o Creditors Bankruptcy Service | | | | | |
| | | P.O. Box 740933 | | | | | |
| | | Dallas, TX 75374 | | | | | |
| 11/30/12 | 100003 | FIA CARD SERVICES, N.A. | IN FULL AND FINAL DISTRIBUTION | 7100-000 | | 1,779.14 | 0.00 |
| | | PO Box 15102 | | | | | |
| | | Wilmington, DE 19886-5102 | | | | | |

|  | | |
|---|---|---|
| COLUMN TOTALS | 5,580.10 | 5,580.10 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,580.10 | 5,580.10 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,580.10 | 5,580.10 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******7936 | 5,580.10 | 5,580.10 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,580.10 | 5,580.10 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          5,580.10          5,580.10

Ver: 17.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| | |
|---|---|
| Case No:  12-14505  -CAD | |
| Case Name:  Delopez, Amanda A | |

Trustee Name:  ANDREW J. MAXWELL, TRUSTEE
Bank Name:  ASSOCIATED BANK
Account Number / CD #:  *******7936  Money Market Account (Interest Earn

Taxpayer ID No:  *******7677
For Period Ending:  12/21/12

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*