UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SARO, HELEN § Case No. 10-41558
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4)  This case was originally filed under chapter   on           . The case was pending for     months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One Auto Finance 3901 N Dallas Pkwy Plano, TX 75093 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Credit Union 4444 Pulaski Road Chicago, IL 60632 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J MAXWELL ESQ | | | | | |
| ANDREW J MAXWELL ESQ | | | | | |
| Bank of America, N.A. | | | | | |
| CLERK OF US BANKRUPTCY COURT | | | | | |
| CLERK OF US BANKRUPTCY COURT | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnoldharris/Med Business Bureau 1460 Renaissance Dr Park Ridge, IL | | | | | |
| | Arnoldharris/Med Business Bureau 1460 Renaissance Dr Park Ridge, IL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Wfnnb/victorias Secret | | | | | |
| 000002 | CAPITAL ONE AUTO FINANCE | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-41558 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | SARO, HELEN | | | Date Filed (f) or Converted (c): | 09/16/10 (f) |
| | | | | 341(a) Meeting Date: | 11/18/10 |
| For Period Ending: | 12/21/12 | | | Claims Bar Date: | 04/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 6312 N. KEDZIE 2W, CHICAGO IL 60659 | 50,000.00 | 0.00 | | 15,500.00 | FA |
| 2. WELLS FARGO SAVINGS | 400.00 | 400.00 | | 0.00 | FA |
| 3. CHASE CHECKING | 40.00 | 40.00 | | 0.00 | FA |
| 4. UNITED CREDIT UNION SAVINGS | 0.00 | 0.00 | | 0.00 | FA |
| 5. FURNITURE | 600.00 | 600.00 | | 0.00 | FA |
| 6. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 7. 401K | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. WALGREENS 401K | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. WALGREENS STOCK OPTIONS | 3,000.00 | 3,000.00 | | 1,923.33 | FA |
| 10. 2007 HONDA CR-V: 50,000 MILES | 15,560.00 | 13,160.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.16 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $75,100.00        $17,200.00        $17,423.49        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE, Financial accts, stock options

FR submitted to UST for review on 8-20-12

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-41558 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SARO, HELEN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7803 Checking Account |
| Taxpayer ID No: | *******8497 | | | |
| For Period Ending: | 12/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 0.01 | | 0.01 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 17,423.48 | | 17,423.49 |
| 11/30/12 | 010001 | ANDREW J MAXWELL ESQ<br>MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS STREET STE 3200<br>CHICAGO, IL 60603 | IN FULL AND FINAL DISTRIBUTION | 2100-000 | | 2,492.35 | 14,931.14 |
| 11/30/12 | 010002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | IN FULL AND FINAL DISTRIBUTION | 3110-000 | | 14,814.74 | 116.40 |
| 11/30/12 | 010003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | IN FULL AND FINAL DISTRIBUTION | 3120-000 | | 26.13 | 90.27 |
| 11/30/12 | 010004 | CLERK OF US BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>219 S. DEARBORN<br>CHICAGO IL 60604 | | 2700-001 | | 90.27 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 17,423.49 | 17,423.49 | 0.00 |
| Less: Bank Transfers/CD's | 17,423.49 | 0.00 | |
| Subtotal | 0.00 | 17,423.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 17,423.49 | |

Page Subtotals 17,423.49 17,423.49

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-41558 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | SARO, HELEN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5460 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8497 | | |
| For Period Ending: | 12/21/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/12 | 1, 9 | ANDREW J MAXWELL | | 1110-000 | 17,423.33 | | 17,423.33 |
| 07/31/12 | 11 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 17,423.40 |
| 08/20/12 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 17,423.48 |
| 08/20/12 | | Transfer to Acct #*******6126 | Final Posting Transfer | 9999-000 | | 17,423.48 | 0.00 |
| 08/30/12 | 11 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 0.01 |
| 08/30/12 | | Bank of America, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 0.01 | 0.00 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 0.01 | -0.01 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 17,423.49 | 17,423.50 | -0.01 |
| Less: Bank Transfers/CD's | | 0.00 | 17,423.49 | |
| Subtotal | | 17,423.49 | 0.01 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 17,423.49 | 0.01 | |

Page Subtotals 17,423.49 17,423.50

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-41558 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SARO, HELEN | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6126 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8497 | | | |
| For Period Ending: | 12/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/20/12 | | Transfer from Acct #*******5460 | Transfer In From MMA Account | 9999-000 | 17,423.48 | | 17,423.48 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 17,423.48 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 17,423.48 | 17,423.48 | 0.00 |
| Less: Bank Transfers/CD's | 17,423.48 | 17,423.48 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7803 | 0.00 | 17,423.49 | 0.00 |
| Money Market - Interest Bearing - ********5460 | 17,423.49 | 0.01 | -0.01 |
| Checking Account (Non-Interest Earn - ********6126 | 0.00 | 0.00 | 0.00 |
| | 17,423.49 | 17,423.50 | -0.01 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     17,423.48     17,423.48

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*